IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
2:00-CR-15-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TROY LERONE DUNSTON, | ) | |

Notice is hereby given to the petitioner, Troy Lerone Dunston, that the Court intends to construe his pro se motion to correct sentence filed on August 14, 2014 [DE 75], as a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. Accordingly, the Court GRANTS petitioner 30 (thirty) days from the filing of this notice to confirm or deny his intent to file a motion pursuant to 28 U.S.C. § 2255. If a response is not filed within this time, this Court will presume that petitioner is not seeking such relief and this action will be dismissed.

The Court further warns petitioner of the effects of filing a motion pursuant to section 2255 and advises him as to the requirements of section 2255. *See Castro v. United States*, 540 U.S. 375, 377, 383 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

SO ORDERED.

This the __1__ day of October, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE