IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NOTHERN DIVISION
CRIMINAL NO. 2:00-CR-15-2BO
CIVIL NO. 2:14-CV-62-BO

| TROY LERONE DUNSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The papers in the above captioned matter are hereby returned to you for failure to comply

with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

- (X)   The filing entitled "Petitioner's Reply to Respondent's Motion to Dismiss and
  Motion for Leave to Amend or Supplement under the provisions of Federal
  Rules of Civil Procedure Rule 15" were not signed or did not have an original
  signature.

- (  )   Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected

papers within fourteen (14) days from the filing of this order. Failure to do so may result in the

motion being denied without prejudice.

SO ORDERED, this **26** day of January, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge